R. Joseph Barton, CA Bar No. 212340
Matthew A. Smith
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699
Email:  jbarton@cohenmilstein.com
        msmith@cohenmilstein.com

Michelle L. Roberts, CA Bar No. 239092
Cassie M. Springer, CA Bar No. 221506
SPRINGER & ROBERTS LLP
410 12th St., Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564
Email: michelle@ssrlawgroup.com
       cassie@ssrlawgroup.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES L. BUSH<br><br>          Plaintiff,<br><br>     VS.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; HYUNDAI MOTOR AMERICA.<br><br>          Defendants. | Case No:  14-cv-1507 EDL<br><br>**WAIVER OF THE SERVICE OF SUMMONS EXECUTED BY DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** |

**WAIVER OF SERVICE OF SUMMONS – LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**                              Page 1

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| James L. Bush<br>*Plaintiff*<br>v.<br>Liberty Life Assurance Company of Boston, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 14-cv-1507<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Matthew A. Smith
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 04/08/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: April 15, 2014

*Lee Rabkin*
*Signature of the attorney or unrepresented party*

Liberty Life Assurance Company of Boston
*Printed name of party waiving service of summons*

LEE RABKIN
*Printed name*

175 BERKELEY ST. BOSTON, MA 02116
*Address*

LEE.RABKIN@LIBERTYMUTUAL.COM
*E-mail address*

617 357 9500 x45811
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.