| | |
|---|---|
| 1 | R. Joseph Barton, CA Bar No. 212340 |
| 2 | Matthew A. Smith<br>COHEN MILSTEIN SELLERS & TOLL PLLC |
| 3 | 1100 New York Ave. NW<br>Suite 500, West Tower |
| 4 | Washington, DC 20005<br>Telephone: (202) 408-4600 |
| 5 | Facsimile: (202) 408-4699<br>Email: jbarton@cohenmilstein.com |
| 6 | msmith@cohenmilstein.com |
| 7 | Michelle L. Roberts, CA Bar No. 239092<br>Cassie Springer Ayeni, CA Bar No. 221506 |
| 8 | SPRINGER & ROBERTS LLP<br>410 - 12th Street, Suite 325 |
| 9 | Oakland, CA 94607<br>Telephone: (510) 992-6130 |
| 10 | Fax: (510) 280-7564<br>Email: michelle@ssrlawgroup.com |
| 11 | cassie@ssrlawgroup.com |
| 12 | Attorneys for Plaintiff |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES L. BUSH,<br><br>             Plaintiff,<br><br>      vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; HYUNDAI MOTOR AMERICA.<br><br>             Defendants. | Case No. 14-cv-1507 YGR<br><br>**CERTIFICATE OF SERVICE; STANDING ORDER IN CIVIL CASES 12** |

Dated: June 23, 2014

Respectfully submitted,

SPRINGER & ROBERTS LLP

By: _____/s/_____
Michelle L. Roberts
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE                                                                 Page 1

# CERTIFICATE OF SERVICE

*Bush v. Liberty Life Assurance Co. of Boston, et al.*
Case No. 4:14-cv-01507 YGR (N.D. Cal)

I, Susan Foley, declare:

I am employed with Springer & Roberts LLP located at 410 - 12th Street, Suite 325, Oakland, CA 94607. I and am over the age of 18 and not a party to the above-entitled action.

On June 23, 2014, I served the foregoing documents described as:

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**

**STANDING ORDER IN CIVIL CASES - JUDGE YVONNE GONZALEZ ROGERS**

by personally serving a true copy thereof addressed as follows:

Robert J. Guite
Sheppard Mullin
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

[ x ]   **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as noted above, for collection and mailing at Springer & Roberts LLP located at 410 - 12th Street, Suite 325, Oakland, CA 94607 in accordance with Springer & Roberts LLP's ordinary business practices.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 20, 2014, Oakland, California.

Susan Foley