| | |
|---|---|
| R. Joseph Barton, CA Bar No. 212340<br>Matthew A. Smith<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile:  (202) 408-4699<br>Email:  jbarton@cohenmilstein.com<br>           msmith@cohenmilstein.com | Michelle L. Roberts, CA Bar No. 239092<br>Cassie Springer Ayeni, CA Bar No. 221506<br>SPRINGER & ROBERTS LLP<br>410 12th St., Suite 325<br>Oakland, CA 94607<br>Telephone: (510) 992-6130<br>Facsimile:  (510) 280-7564<br>Email: michelle@ssrlawgroup.com<br>          cassie@ssrlawgroup.com |

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JAMES L. BUSH<br><br>            Plaintiff,<br><br>     VS.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; HYUNDAI MOTOR AMERICA.<br><br>            Defendants. | Case No:  14-cv-1507 YGR<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES** |

To the Clerk of Court, Defendants Liberty Life Assurance Company of Boston and Hyundai Motor America, and Defendants' attorneys of record:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  July 21, 2014                    SPRINGER & ROBERTS LLP


                                                      By: /s/*Michelle L. Roberts*
                                                           Michelle L. Roberts

**P'S CERT. OF INTERESTED ENTITIES**