1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   FRANK FALZETTA, Cal. Bar. No. 125146
3  ffalzetta@sheppardmullin.com
   ROBERT J. GUITE, Cal. Bar No. 244590
4  rguite@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947

7  Attorneys for Defendant
   Liberty Life Assurance Company of Boston
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  JAMES L. BUSH,                          Case No. 4:14-cv-01507

13              Plaintiff,                   **DEFENDANT LIBERTY LIFE
                                             ASSURANCE COMPANY OF BOSTON'S**
14       v.                                  **ANSWER TO PLAINTIFF'S
                                             COMPLAINT**
15  LIBERTY LIFE ASSURANCE COMPANY
    OF BOSTON, HYUNDAI MOTOR
16  AMERICA,

17              Defendants.

18

19

20       Liberty Life Assurance Company of Boston ("Liberty Life"), by and through its attorneys,

21  states as follows in answer to Plaintiff's Complaint:

22       1.      Answering paragraph 1 of Plaintiff's Complaint, Liberty Life admits that Plaintiff

23  brings this action under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001

24  *et seq.* ("ERISA") on behalf of himself and a purported class, and the he makes the allegations set

25  forth in the remainder of the paragraph.  Except as so admitted, Liberty Life denies the allegations.

26       2.      Answering paragraph 2 of Plaintiff's Complaint, Liberty Life denies the

27  allegations.

28

                                         -1-                          Case No. 14-1507

3.      Answering paragraph 3 of Plaintiff's Complaint, the allegations require no response.  To the extent a response is required, Liberty Life denies the allegations.

4.      Answering paragraph 4 of Plaintiff's Complaint, Liberty Life admits that the Court has subject matter jurisdiction over this action.  Except as so admitted, Liberty Life denies the allegations.

5.      Answering paragraph 5 of Plaintiff's Complaint, Liberty Life admits that it does business within this judicial district.   Except as so admitted, Liberty Life denies the allegations.

6.      Answering paragraph 6 of Plaintiff's Complaint, Liberty Life admits that it does business within this judicial district.  Except as so admitted, Liberty Life denies the allegations.

7.      Answering paragraph 7 of Plaintiff's Complaint, Liberty Life admits that Plaintiff was previously employed by Hyundai Capital America and that by virtue of his former employment he became a participant in an employee welfare benefit plan.  Liberty Life further admits that Plaintiff previously served in the United States military.  Except as so admitted, Liberty Life denies the allegations.

8.      Answering paragraph 8 of Plaintiff's Complaint, Liberty Life admits that Hyundai Motor America is the identified Plan Administrator for the employee welfare benefit plan under which Plaintiff seeks benefits.  Except as so admitted, Liberty Life denies the allegations.

9.      Answering paragraph 9 of Plaintiff's Complaint, Liberty Life admits that it is an insurance company and a subsidiary of Liberty Mutual Insurance Company, that it markets and sells group disability insurance policies in numerous states, and that it issued a group long-term disability policy to Plaintiff's former employer (the "Liberty Life LTD Policy").   Liberty Life further admits that, pursuant to the terms of the Liberty Life LTD Policy, it had the discretion to determine eligibility for benefits and to interpret the terms and conditions of the plan and/or group policy.  Except as so admitted, Liberty Life denies the allegations.

10.      Answering paragraph 10 of Plaintiff's Complaint, Liberty Life admits that Plaintiff purports to bring this action as a class action under Rule 23 of the Federal Rules of Civil Procedure on behalf of the purported class described in the paragraph.  Except as so admitted, Liberty Life denies the allegations.

Case No. 14-1507
LIBERTY LIFE ASSURANCE CO. OF BOSTON'S
ANSWER TO PLAINTIFF'S COMPLAINT

11.     Answering paragraph 11 of Plaintiff's Complaint, Liberty Life admits that Plaintiff purports to bring this action as a class action under Rule 23 of the Federal Rules of Civil Procedure on behalf of the purported class described in the paragraph.  Except as so admitted, Liberty Life denies the allegations.

12.     Answering paragraph 12 of Plaintiff's Complaint, Liberty Life admits that Plaintiff seeks to exclude from the purported class certain persons as alleged in the paragraph. Except as so admitted, Liberty Life denies the allegations.

13.     Answering paragraph 13 of Plaintiff's Complaint, Liberty Life denies the allegations.

14.     Answering paragraph 14 of Plaintiff's Complaint, Liberty Life denies the allegations.

15.     Answering paragraph 15 of Plaintiff's Complaint, Liberty Life denies the allegations.

16.     Answering paragraph 16 of Plaintiff's Complaint, Liberty Life denies the allegations.

17.     Answering paragraph 17 of Plaintiff's Complaint, Liberty Life denies the allegations.

18.     Answering paragraph 18 of Plaintiff's Complaint, Liberty Life denies the allegations.

19.     Answering paragraph 19 of Plaintiff's Complaint, Liberty Life denies the allegations.

20.     Answering paragraph 20 of Plaintiff's Complaint, Liberty Life denies the allegations.

21.     Answering paragraph 21 of Plaintiff's Complaint, Liberty Life denies the allegations.

22.     Answering paragraph 22 of Plaintiff's Complaint, Liberty Life denies the allegations.

23.   Answering paragraph 23 of Plaintiff's Complaint, Liberty Life denies the allegations.

24.   Answering paragraph 24 of Plaintiff's Complaint, Liberty Life denies the allegations.

25.   Answering paragraph 25 of Plaintiff's Complaint, Liberty Life denies the allegations.

26.   Answering paragraph 26 of Plaintiff's Complaint, Liberty Life denies the allegations.

27.   Answering paragraph 27 of Plaintiff's Complaint, Liberty Life denies the allegations.

28.   Answering paragraph 28 of Plaintiff's Complaint, Liberty Life denies the allegations.

29.   Answering paragraph 29 of Plaintiff's Complaint, Liberty Life denies the allegations.

30.   Answering paragraph 30 of Plaintiff's Complaint, Liberty Life denies the allegations.

31.   Answering paragraph 31 of Plaintiff's Complaint, Liberty Life denies the allegations.

32.   Answering paragraph 32 of Plaintiff's Complaint, Liberty Life denies the allegations.

33.   Answering paragraph 33 of Plaintiff's Complaint, Liberty Life denies the allegations.

34.   Answering paragraph 34 of Plaintiff's Complaint, Liberty Life denies the allegations.

35.   Answering paragraph 35 of Plaintiff's Complaint, Liberty Life denies the allegations.

36.   Answering paragraph 36 of Plaintiff's Complaint, Liberty Life denies the allegations.

37.     Answering paragraph 37 of Plaintiff's Complaint, Liberty Life denies the allegations.

38.     Answering paragraph 38 of Plaintiff's Complaint, Liberty Life denies the allegation for lack of sufficient information or knowledge.

39.     Answering paragraph 39 of Plaintiff's Complaint, Liberty Life admits that Plaintiff was previously employed by Hyundai Capital America, that by virtue of his former employment he became a participant in an employee welfare benefit plan established and maintained by his former employer, and that benefits under that plan were provided, at least in part, by the Liberty Life LTD Policy.  Liberty Life further admits that Plaintiff alleges that he suffered a nervous breakdown, was hospitalized and, thereafter, took medical leave.  Except as so admitted, Liberty Life denies the allegations for lack of sufficient information and knowledge.

40.     Answering paragraph 40 of Plaintiff's Complaint, Liberty Life admits that Plaintiff seeks benefits under an ERISA-regulated employee welfare benefit plan.  Except as so admitted, Liberty Life denies the allegations.

41.     Answering paragraph 41 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

42.     Answering paragraph 42 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

43.     Answering paragraph 43 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

44.     Answering paragraph 44 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

45. Answering paragraph 45 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

46. Answering paragraph 46 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

47. Answering paragraph 47 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

48. Answering paragraph 48 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

49. Answering paragraph 49 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

50. Answering paragraph 50 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

51. Answering paragraph 51 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

52. Answering paragraph 52 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

53. Answering paragraph 53 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself. Except as so admitted, Liberty Life denies the allegations.

54.     Answering paragraph 54 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

55.     Answering paragraph 55 of Plaintiff's Complaint, Liberty Life admits that California Insurance Code section 10110.6 speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

56.     Answering paragraph 56 of Plaintiff's Complaint, Liberty Life admits that the Washington Code provisions cited in the paragraph speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

57.     Answering paragraph 57 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or belief.

58.     Answering paragraph 58 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or belief.

59.     Answering paragraph 59 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

60.     Answering paragraph 60 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

61.     Answering paragraph 61 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

62.     Answering paragraph 62 of Plaintiff's Complaint, Liberty Life admits that it received a claim for LTD benefits on behalf of Plaintiff in 2012.  Except as so admitted, Liberty Life denies the allegations.

63.     Answering paragraph 63 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

64.     Answering paragraph 64 of Plaintiff's Complaint, Liberty Life admits that Plaintiff's claim for LTD benefits was approved and that Plaintiff was advised that, due to the nature of his disability, his claim was subject to a maximum benefit duration of 24 months. Except as so admitted, Liberty Life denies the allegations.

65.     Answering paragraph 65 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

66.     Answering paragraph 66 of Plaintiff's Complaint, Liberty Life denies the allegations.

67.     Answering paragraph 67 of Plaintiff's Complaint, Liberty Life admits that Plaintiff's gross monthly benefit amount was $3,468.27.  Except as so admitted, Liberty Life denies the allegations.

68.     Answering paragraph 68 of Plaintiff's Complaint, Liberty Life admits that Plaintiff alleges that he made a claim for VA benefits and that documents contained in the administrative record speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

69.     Answering paragraph 69 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

70.     Answering paragraph 70 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

71.     Answering paragraph 71 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

72.     Answering paragraph 72 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

SMRH:435972353.1

73.     Answering paragraph 73 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

74.     Answering paragraph 74 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

75.     Answering paragraph 75 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

76.     Answering paragraph 76 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

77.     Answering paragraph 77 of Plaintiff's Complaint, Liberty Life denies the allegations.

78.     Answering paragraph 78 of Plaintiff's Complaint, Liberty Life denies the allegations.

79.     Answering paragraph 79 of Plaintiff's Complaint, Liberty Life admits that it offset Plaintiff's LTD benefit by the amount of his VA benefit as required.  Except as so admitted, Liberty Life denies the allegations.

80.     Answering paragraph 80 of Plaintiff's Complaint, Liberty Life admits that Plaintiff's LTD benefit was offset by the amount he received in Social Security Disability Income Benefits as required.  Except as so admitted, Liberty Life denies the allegations.

81.     Answering paragraph 81 of Plaintiff's Complaint, , Liberty Life admits that the Liberty Life LTD Policy speaks for itself.   Except as so admitted, Liberty Life denies the allegations.

82.     Answering paragraph 82 of Plaintiff's Complaint, Liberty Life admits that if no offset for the receipt of VA benefits applied, the amount of his monthly adjusted gross LTD benefit would increase.  Except as so admitted, Liberty Life denies the allegations.

83.     Answering paragraph 83 of Plaintiff's Complaint, Liberty Life admits that Plaintiff sought administrative review of the decision to offset his LTD benefit by the amount received in VA benefits.  Except as so admitted, Liberty Life denies the allegations.

84.     Answering paragraph 84 of Plaintiff's Complaint, Liberty Life admits that the decision to offset Plaintiff's LTD benefit by the amount received in VA benefits was affirmed following a full and fair review.  Except as so admitted, Liberty Life denies the allegations.

85.     Answering paragraph 85 of Plaintiff's Complaint, Liberty Life denies the allegations.

86.     Answering paragraph 86 of Plaintiff's Complaint, Liberty Life denies the allegations.

87.     Answering paragraph 87 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

88.     Answering paragraph 88 of Plaintiff's Complaint, Liberty Life denies the allegations.

89.     Answering paragraph 89 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

90.     Answering paragraph 90 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

91.     Answering paragraph 91 of Plaintiff's Complaint, Liberty Life denies the allegations.

92.     Answering paragraph 92 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

93.     Answering paragraph 93 of Plaintiff's Complaint, Liberty Life admits that Plaintiff's LTD benefits have been offset to recover a portion of the overpayment made to Plaintiff.   Except as so admitted, Liberty Life denies the allegations.

94.     Answering paragraph 94 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

95.     Answering paragraph 95 of Plaintiff's Complaint, Liberty Life denies the allegations.

96.     Answering paragraph 96 of Plaintiff's Complaint, Liberty Life denies the allegations.

97.     Answering paragraph 97 of Plaintiff's Complaint, Liberty Life admits that Plaintiff sought administrative review of the decision to offset his LTD benefit by the amount Plaintiff received in VA benefits and that he requested certain documents.  Except as so admitted, Liberty Life denies the allegations.

98.     Answering paragraph 98 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

99.      Answering paragraph 99 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

100.    Answering paragraph 100 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

101.    Answering paragraph 101 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

102. Answering paragraph 102 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

103. Answering paragraph 103 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

104. Answering paragraph 104 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

105. Answering paragraph 105 of Plaintiff's Complaint, Liberty Life denies the allegations.

106. Answering paragraph 106 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

107. Answering paragraph 107 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

108. Answering paragraph 108 of Plaintiff's Complaint, Liberty Life denies the allegations.

109. Answering paragraph 109 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

110. Answering paragraph 110 of Plaintiff's Complaint, Liberty Life denies the allegations.

111. Answering paragraph 111 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

112. Answering paragraph 112 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

113. Answering paragraph 113 of Plaintiff's Complaint, Liberty Life denies the allegations.

114.   Answering paragraph 114 of Plaintiff's Complaint, Liberty Life denies the allegations.

115.   Answering paragraph 115 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge..

116.   Answering paragraph 116 of Plaintiff's Complaint, Liberty Life denies the allegations.

117.   Answering paragraph 117 of Plaintiff's Complaint, Liberty Life denies the allegations.

118.   Answering paragraph 118 of Plaintiff's Complaint, Liberty Life denies the allegations.

119.   Answering paragraph 119 of Plaintiff's Complaint, Liberty Life denies the allegations.

120.   Answering paragraph 120 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

121.   Answering paragraph 121 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

122.   Answering paragraph 122 of Plaintiff's Complaint, Liberty Life denies the allegations.

123.   Answering paragraph 123 of Plaintiff's Complaint, Liberty Life denies the allegations.

124.   Answering paragraph 124 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

125.   Answering paragraph 125 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

SMRH:435972353.1

126.     Answering paragraph 126 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

127.     Answering paragraph 127 of Plaintiff's Complaint, Liberty Life admits that documents contained in the administrative record speak for themselves.   Except as so admitted, Liberty Life denies the allegations.

128.     Answering paragraph 128 of Plaintiff's Complaint, Liberty Life incorporates by reference its responses to paragraphs 1-127 above.

129.     Answering paragraph 129 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

130.     Answering paragraph 130 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

131.     Answering paragraph 131 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

132.     Answering paragraph 132 of Plaintiff's Complaint, Liberty Life admits that the Liberty Life LTD Policy speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

133.     Answering paragraph 133 of Plaintiff's Complaint, Liberty Life denies the allegations.

134.     Answering paragraph 134 of Plaintiff's Complaint, Liberty Life denies the allegations.

135.     Answering paragraph 135 of Plaintiff's Complaint, Liberty Life denies the allegations.

136.     Answering paragraph 136 of Plaintiff's Complaint, Liberty Life denies the allegations.

137.   Answering paragraph 137 of Plaintiff's Complaint, Liberty Life denies the allegations.

138.   Answering paragraph 138 of Plaintiff's Complaint, Liberty Life denies the allegations.

139.   Answering paragraph 139 of Plaintiff's Complaint, Liberty Life denies the allegations.

140.   Answering paragraph 140 of Plaintiff's Complaint, Liberty Life incorporates by reference its responses to paragraphs 1-139 above.

141.   Answering paragraph 141 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

142.   Answering paragraph 142 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

143.   Answering paragraph 143 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

144.   Answering paragraph 144 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

145.   Answering paragraph 145 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

146.    Answering paragraph 146 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

147.    Answering paragraph 147 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

148.    Answering paragraph 148 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

149.    Answering paragraph 149 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

150.    Answering paragraph 150 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

151.    Answering paragraph 151 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

152.    Answering paragraph 152 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

153.     Answering paragraph 153 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

154.     Answering paragraph 154 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count II of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

155.     Answering paragraph 155 of Plaintiff's Complaint, Liberty Life incorporates by reference its responses to paragraphs 1-139 above.

156.     Answering paragraph 156 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

157.     Answering paragraph 157 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations..

158.     Answering paragraph 158 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

159.     Answering paragraph 159 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

160.     Answering paragraph 160 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

161.     Answering paragraph 161 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's

Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

162.    Answering paragraph 162 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

163.    Answering paragraph 163 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

164.    Answering paragraph 164 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

165.    Answering paragraph 165 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

166.    Answering paragraph 166 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

167.    Answering paragraph 167 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

168.    Answering paragraph 168 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's

Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

169.    Answering paragraph  169 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

170.    Answering paragraph 170 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

171.    Answering paragraph 171 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

172.    Answering paragraph 172 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

173.    Answering paragraph 173 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

174.    Answering paragraph 174 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

175.    Answering paragraph 175 of Plaintiff's Complaint, the allegations require no response from Liberty Life as the Order of January 2, 2015 dismissed Count IV of Plaintiff's

Complaint with prejudice as against Liberty Life.  To the extent a response is required, Liberty Life denies the allegations.

176.    Answering paragraph 176 of Plaintiff's Complaint, Liberty Life incorporates its responses to paragraphs 1-175 set forth above.

177.    Answering paragraph 177 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

178.    Answering paragraph 178 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

179.    Answering paragraph 179 of Plaintiff's Complaint, Liberty Life admits that the Department of Labor regulations under ERISA speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

180.    Answering paragraph 180 of Plaintiff's Complaint, Liberty Life admits that the Department of Labor regulations under ERISA speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

181.    Answering paragraph 181 of Plaintiff's Complaint, Liberty Life admits that the Summary Plan Description speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

182.    Answering paragraph 182 of Plaintiff's Complaint, Liberty Life admits that the claim denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

183.    Answering paragraph 183 of Plaintiff's Complaint, Liberty Life admits that the claim denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

184.    Answering paragraph 184 of Plaintiff's Complaint, Liberty Life admits that the claim denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

185.    Answering paragraph 185 of Plaintiff's Complaint, Liberty Life admits that the claim denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

186.    Answering paragraph 186 of Plaintiff's Complaint, Liberty Life admits that the claim denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

187.     Answering paragraph 187 of Plaintiff's Complaint, Liberty Life denies the allegations.

188.     Answering paragraph 188 of Plaintiff's Complaint, Liberty Life admits that the Department of Labor regulations under ERISA speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

189.     Answering paragraph 189 of Plaintiff's Complaint, Liberty Life admits that the Department of Labor regulations under ERISA speak for themselves.  Except as so admitted, Liberty Life denies the allegations.

190.     Answering paragraph 190 of Plaintiff's Complaint, Liberty Life admits that the Summary Plan Description speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

191.     Answering paragraph 191 of Plaintiff's Complaint, Liberty Life admits that the appeal denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

192.     Answering paragraph 192 of Plaintiff's Complaint, Liberty Life admits that the appeal denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

193.     Answering paragraph 193 of Plaintiff's Complaint, Liberty Life admits that the appeal denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

194.     Answering paragraph 194 of Plaintiff's Complaint, Liberty Life admits that the appeal denial speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

195.     Answering paragraph 195 of Plaintiff's Complaint, Liberty Life denies the allegations.

196.     Answering paragraph 196 of Plaintiff's Complaint, Liberty incorporates by reference its response to paragraphs 1-195 above.

197.     Answering paragraph 197 of Plaintiff's Complaint, Liberty Life admits that 28 U.S.C. § 2201 speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

198.     Answering paragraph 198 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

199.   Answering paragraph 199 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

200.   Answering paragraph 200 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

201.   Answering paragraph 201 of Plaintiff's Complaint, Liberty Life admits that ERISA speaks for itself.  Except as so admitted, Liberty Life denies the allegations.

202.   Answering paragraph 202 of Plaintiff's Complaint, Liberty Life denies the allegations.

203.   Answering paragraph 203 of Plaintiff's Complaint, Liberty Life denies the allegations.

204.   Answering paragraph 204 of Plaintiff's Complaint, Liberty Life denies the allegations for lack of sufficient information or knowledge.

205.   Answering paragraph 205 of Plaintiff's Complaint, Liberty Life denies the allegations.

206.   Answering paragraph 206 of Plaintiff's Complaint, Liberty Life denies the allegations.

BY WAY OF AFFIRMATIVE DEFENSES, Liberty Life alleges as follows:

## I.  FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.   Plaintiff has failed to state a cause of action against Liberty Life.

## II.  SECOND AFFIRMATIVE DEFENSE

### (ERISA Preemption/Civil Remedy)

2.   Plaintiff seeks benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA").  ERISA provides the exclusive remedy for an allegedly improper denial or reduction of benefits.  Plaintiff is limited to the rights and remedies afforded under ERISA's civil remedy provision, 29 U.S.C. § 1132 (a)(1)(B).  To the extent, and without admitting that, Plaintiff is entitled to recover benefits

under the plan and/or group policy, such recovery is subject to setoff, reduction and limitations under the plan and/or group policy, including income received from other sources.

### III.  THIRD AFFIRMATIVE DEFENSE

#### (Limitation and Future Recovery)

3.      To the extent, and without admitting that, Plaintiff is entitled to recover benefits under the plan and/or group policy, such immediate entitlement does not mean that Plaintiff has an entitlement to unlimited future benefits given, *inter alia*, the possibility for future recovery from any disabling conditions, as well as the effect of different Plan requirements, exclusions or limitations.

### IV.  FOURTH AFFIRMATIVE DEFENSE

#### (Full and Fair Review/Good Faith Determination)

4.      In making any benefit determination, Liberty Life had authority to both determine Plaintiff's eligibility for benefits and to construe the terms of the plan and/or group policy. Liberty Life's decisions were neither arbitrary nor capricious and were based upon the evidence submitted by Plaintiff and gathered by Liberty Life in the course of its full and fair review of Plaintiff's claim.  Liberty Life's determinations were made in good faith and in accordance with the terms of the plan and/or group policy and applicable law.

### V.  FIFTH AFFIRMATIVE DEFENSE

#### (Interests of Plan Participants)

5.      All determinations made by Liberty Life with respect to Plaintiff's claim were made in the interest of all plan participants and beneficiaries in accordance with the terms and conditions of the plan and/or group policy.

### VI.  SIXTH AFFIRMATIVE DEFENSE

#### (Compliance with Plan and/or Policy)

6.      Liberty Life acted in accordance with the terms of the applicable plan and/or group policy and Plaintiff has failed to satisfy all conditions precedent to maintain any claim for benefits, including provisions relevant to his entitlement for benefits.

## VII.  SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith Determination)

7.      Plaintiff's demand for attorneys' fees should be denied because Liberty Life's defenses to this action are reasonable and made in good faith.

## VIII.  EIGHTH AFFIRMATIVE DEFENSE

### (Exclusions and Plan Terms)

8.      Plaintiff's claims are barred under the terms and/or exclusions of the subject plan and/or group policy.

## IX.  NINTH AFFIRMATIVE DEFENSE

### (Preemption/Civil Remedy Provision Exclusivity)

9.      Plaintiff's claims and causes of action seeking remedies beyond those provided in ERISA's civil remedy provision, 29 U.S.C. § 1132 (a)(1)(B), may not be maintained; claims for breach of fiduciary duty, surcharge or disgorgement must be dismissed where ERISA's civil remedy provision may provide a remedy.

## X.  TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands/Comparative Bad Faith)

10.      Plaintiff's claims are barred or limited due to Plaintiff's comparative fault, bad faith, failure to mitigate and failure to provide appropriate information regarding income received from other sources.

## XI.  ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Common Issues)

11.      Liberty Life specifically reserves the right to amend this answer by way of adding additional defenses.

## PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Complaint and having asserted affirmative defenses, Liberty Life prays for judgment as follows:

1.      For dismissal of all claims and causes of action against Liberty Life alleged in Plaintiff's Complaint with prejudice;

2.      For denial of certification of this matter as a class action;

3.      For all costs, disbursements and legal fees in an amount to be determined at the time of trial; and

4.      For such other and further relief as the Court deems just and equitable.

Dated:  January 22, 2015

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____*/s/ Robert J. Guite*_____
FRANK FALZETTA
ROBERT J. GUITE

Attorneys for Defendant
Liberty Life Assurance Company of Boston

Case No. 14-1507

SMRH:435972353.1

LIBERTY LIFE ASSURANCE CO. OF BOSTON'S
ANSWER TO PLAINTIFF'S COMPLAINT