UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES L. BUSH,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,

    Defendants.

Case No. 14-cv-01507-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 5, 2015 at 2:00 p.m. |
| **REFERRED TO MAGISTRATE JUDGE LAPORTE FOR DISCOVERY** | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | April 13, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | December 4, 2015 |
| DISCLOSURE OF EXPERTS: Plaintiff's Expert disclosures: January 8, 2016  Defendants' Expert disclosure: February 8, 2016  Rebuttal: February 22, 2016 | |
| EXPERT DISCOVERY CUTOFF: | March 7, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | April 19, 2016 [a Tuesday] |
| Plaintiff's Motion for Class Certification : | |
| Plaintiff to file motion: | June 9, 2015 |
| Opposition filed: | July 9, 2015 |
| Reply filed: | August 10, 2015 |
| Hearing on Motion: | August 25, 2015 at 2:00 p.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge