UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. BUSH**,<br><br>    Plaintiff,<br><br>    v.<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL.**,<br><br>    Defendants. | Case No.  14-cv-01507-YGR<br><br>**ORDER: (1) GRANTING AS MODIFIED THE PARTIES' STIPULATION SELECTING ADR PROCESS; (2) SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 29 |

The parties' stipulation selecting private mediation (Dkt. No. 29) is **GRANTED AS MODIFIED**.  The parties shall complete the private mediation process by **May 8, 2015**.

A compliance hearing regarding mediation shall be held on **Friday, March 20, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  By **March 13, 2015**, the parties shall file either: (a) a joint stipulation selecting a mediator or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

This Order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**