UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES L. BUSH**,

    Plaintiff,

v.

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL.**,

    Defendants.

Case No. 14-cv-01507-YGR

**ORDER SETTING COMPLIANCE HEARING**

As discussed at the July 21, 2015 hearing, the parties shall submit a joint statement regarding the elements the plaintiff must prove on each of his claims asserted in the First Amended Complaint. A compliance hearing regarding the same shall be held on Friday, **August 28, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file the joint statement described above. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to submit the required statement may result in sanctions.

**IT IS SO ORDERED.**

Dated: July 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**