UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. BUSH**, <br>     Plaintiff, <br><br> v. <br><br> **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL.**, <br>     Defendants. | Case No.  14-cv-01507-YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** <br><br> Re: Dkt. No. 129 |

The parties have informed the Court that they have settled in principle the above-captioned dispute and intend to file a motion for preliminary approval within 45 days.  (Dkt. No. 129.)  The parties therefore request continuance of the upcoming Case Management Conference ("CMC") to March 21, 2016.  (Dkt. No. 129.)  The request is **GRANTED IN PART**.  The CMC set for February 8, 2016 is **CONTINUED** to **February 22, 2016** at 2:00 p.m., with an updated joint statement due in advance of the conference, for additional clarification regarding the status of the settlement.

Moreover, a compliance hearing regarding the motion for preliminary approval shall be held on Friday, **March 25, 2016** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  At least five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) the motion for preliminary approval of class action settlement; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

This Order terminates Docket Number 129.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**