| | |
|---|---|
| FRANK FALZETTA, CA Bar. No. 125146<br>Email: ffalzetta@sheppardmullin.com<br>ROBERT J. GUITE, CA Bar No. 244590<br>Email: rguite@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111–4109<br>Telephone: (415) 434–9100<br>Facsimile:  (415) 434–3947<br><br>**Attorneys for Defendant,**<br>**Liberty Life Assurance Company of Boston**<br><br>R. BRADFORD HUSS, CA Bar No. 71313<br>Email:  bhuss@truckerhuss.com<br>MICHELLE S. LEWIS, CA Bar No. 255787<br>Email: mlewis@truckerhuss.com<br>**TRUCKER HUSS, APC**<br>One Embarcadero Center, 12th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 788–3111<br>Facsimile:  (415) 421–2017<br><br>**Attorneys for Defendant,**<br>**Hyundai Motor America** | R. JOSEPH BARTON, CA Bar No. 212340<br>Email: jbarton@cohenmilstein.com<br>MATTHEW A. SMITH, *pro hac vice*<br>Email:  msmith@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue, N.W.<br>West Tower, Ste. 500<br>Washington, DC  20005<br>Telephone: (202) 408–4600<br>Facsimile:  (202) 408–4699<br><br>MICHELLE L. ROBERTS<br>CA Bar No. 239092<br>Email:  michelle@ssrlawgroup.com<br>CASSIE SPRINGER AYENI<br>CA Bar No. 221506<br>Email:  cassie@ssrlawgroup.com<br>**SPRINGER & ROBERTS LLP**<br>1050 Marina Village Pkwy., Ste. 105<br>Alameda, CA  94501<br>Telephone: (510) 992–6130<br>Facsimile: (510) 280–7564<br><br>**Attorneys for Plaintiff,**<br>**James Bush** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, HYUNDAI MOTOR AMERICA,<br><br>    Defendants. | Case No. 4:14-cv-01507<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:           February 22, 2016<br>Time:           2:00 p.m.<br>Courtroom:   1<br>Action Filed: April 1, 2014<br><br>Trial Date:     None Set |

Pursuant to the Order of February 1, 2016 (Dkt. No. 129), James L. Bush ("Plaintiff") and Hyundai Motor America ("Hyundai") hereby provide notice that settlement discussions between the parties are still ongoing but they have not reached any agreement in principle to resolve Plaintiff's claims asserted against Hyundai. Plaintiff and Liberty Life Assurance Company of Boston are working on the formal settlement agreement and preliminary approval motion, to be filed on or before March 18, 2016. In light of current status and the parties' ongoing discussions, Plaintiff and Hyundai propose the following case schedule:

**Plaintiff's Motion for Class Certification:**
Plaintiff filed motion: October 16, 2015
Opposition to be filed: April 5, 2016
Reply to be filed: May 10, 2016
Hearing on Motion: May 24, 2016

**Non-Expert Discovery Cut-off**: July 8, 2016
Deadline to inform court whether there will be expert discovery: July 8, 2016

If no expert discovery, **dispositive motions to be heard by**: September 13, 2016

**Disclosure of Experts**:
Plaintiff Expert Disclosures: August 8, 2016
Hyundai's Expert Disclosures: September 5, 2016
Plaintiff's Rebuttal Expert Disclosure: September 26, 2016
Expert Discovery Cut-off: October 10, 2016

**Dispositive Motions To Be Heard By**: December 13, 2016


Dated: February 18, 2016         **SPRINGER & ROBERTS LLP**

                                 By: /s/ *Michelle L. Roberts*
                                     Michelle L. Roberts


Dated: February 18, 2016         **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                 By: /s/*R. Joseph Barton*
                                     R. Joseph Barton
                                     *Counsel for James Bush*

| | |
|---|---|
| Dated:  February 18, 2016 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | By: /s/*Robert J. Guite*<br>   Frank Falzetta<br>   Robert J. Guite<br>   *Counsel for Liberty Life*<br>   *Assurance Company of Boston* |
| Dated:  February 18, 2016 | **TRUCKER HUSS, APC** |
| | By: /s/*R. Bradford Huss*<br>   R. Bradford Huss<br>   *Counsel for Hyundai Motor America* |

### SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatories on this document.

| | |
|---|---|
| Dated:  February 18, 2016 | By: */s/Michelle L. Roberts*<br>   Michelle L. Roberts |

### CASE MANAGEMENT ORDER

The above Joint Case Management Statement & Proposed Order is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Date:   February 18, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATED DISTRICT JUDGE