R. Joseph Barton, CA Bar No. 212340
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699
Email:  jbarton@cohenmilstein.com

Michelle L. Roberts, CA Bar No. 239092
ROBERTS BARTOLIC LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564
Email: mroberts@robertsbartolic.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMES L. BUSH<br><br>    Plaintiff,<br><br>VS.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; HYUNDAI MOTOR AMERICA.<br><br>    Defendants. | Case No:  14-cv-1507 YGR (EDL)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND SETTLEMENT CLASS NOTICES** |

Upon consideration of Plaintiff's Motion for Class Certification, Preliminary Approval of Class Action Settlement Between Plaintiff and Defendant Liberty Life Assurance Company of Boston, and the Settlement Class Notice and the Settlement Subclass Notice, the Memorandum in support thereof and all pertinent parts of the record, and having heard oral argument on September 27, 2016 (at which time the Court granted preliminary approval on the record), **IT IS HEREBY FURTHER ORDERED** that the motion is **GRANTED** as follows:

1. For settlement purposes, Counts III, IV, VI, X and XII are certified pursuant to Rule 23(b)(2) of Federal Rule of Civil Procedure on behalf of the "Liberty Life Settlement Class" defined as follows:

>  (a)  Veterans who were honorably discharged from service in the United States Armed Forces and who are participants in ERISA-governed employee welfare benefit plans that provide LTD benefits insured by group LTD policies issued by Liberty Life; and
>
>  (b)  the beneficiaries of such participants.

2. For settlement purposes, Count I is certified pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the "Liberty Life Settlement Subclass" defined as follows:

> Members of the Settlement Class whose LTD benefits were reduced or offset by the amount of VA benefits paid or payable to that Settlement Subclass Member from January 1, 2008 through the Settlement Effective Date.

3. Plaintiff James L. Bush is appointed as a Class Representative of the Liberty Life Settlement Class and the Liberty Life Settlement Subclass (collectively "the Settlement Classes").

4. Absentee Settlement Class Member Adam Ripka is appointed as a Class Representative of the Settlement Classes.

5. R. Joseph Barton of Cohen Milstein Sellers & Toll, PLLC is appointed as Lead Counsel for the Settlement Classes pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

6. Michelle Roberts of Roberts Bartolic LLP is appointed as Liaison Counsel for the Settlement Classes pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

7. The Settlement Agreement dated August 12, 2016 between Plaintiff and Liberty Life, attached as Exhibit A, is preliminarily approved as fair, reasonable, and adequate pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

8. The proposed Settlement Class Notice and Settlement Subclass Notice, attached as Exhibits B and C (collectively "Settlement Class Notices") are approved as to form and content and the plan for dissemination of the Settlement Class Notices to the Settlement Classes is approved as satisfying the requirements of Rule 23(c)(2) and (e)(1) of the Federal Rules of Civil Procedure and due process.

2

Order Granting Pl.'s Mot. for Class Certification, Prelim. Approval of Class Action Settlement Between Pl. & Def. Liberty Life, and Class Settlement Notice; Case No.: 14-cv-1057 YGR (EDL)

2164243.1

9. Pursuant to Rule 23(d) and (e) of the Federal Rules of Civil Procedure, the following dates and deadlines are set in order for the Court to evaluate whether the Settlement should be given Final Approval (after distribution of the proposed Settlement Class Notices to the Settlement Classes and submission of any objections to or requests for exclusion from the Settlement, and for a fairness hearing on final approval of the Settlement), and to evaluate Class Counsel's request for an award of attorneys' fees and reimbursement of costs and expenses:

| Event | Deadline |
|---|---|
| Last day for Liberty Life to send the Settlement Class Notice to its group policyholders | October 27, 2016 |
| Last day for Liberty Life to mail Settlement Subclass Notice to Settlement Subclass Members | October 27, 2016 |
| Last Day for Class Counsel to file Motion for Award of Attorneys' and costs | October 27, 2016 |
| Last Day for Liberty Life to file Declaration re: Settlement Class Notices | December 26, 2016 |
| Last day for requests for exclusion from the Settlement Subclass to be postmarked by Settlement Subclass Members | December 26, 2016 |
| Last day for Settlement Class Members to file objections to the settlement | December 26, 2016 |
| Last Day for Liberty Life to Provide Class Counsel with amounts to be paid to Settlement Subclass Members | January 11, 2017 |
| Last day for Class Counsel to file Motion for Final Approval of Settlement | January 25, 2017 |
| Hearing on Motion for Final Approval of Settlement and application for attorneys' fees and costs | February 28, 2017 |

DATED THIS **27th DAY OF September, 2016**

*[signature]*

**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

3

Order Granting Pl.'s Mot. for Class Certification, Prelim. Approval of Class Action Settlement Between Pl. & Def. Liberty Life, and Class Settlement Notice; Case No.: 14-cv-1057 YGR (EDL)

2164243.1