# CLASS ACTION SETTLEMENT NOTICE

*A federal court authorized this Notice.  Read this Notice carefully.  Your legal rights may be affected.*
***Bush v. Liberty Life Assurance Co. of Boston, et al.,*** **No. 14-cv-1057-YGR-EDL (N.D. Cal.)**

**To**:   All veterans who were honorably discharged from service in the United States Armed Forces and who are participants in ERISA-governed employee welfare benefit plans that provide long-term disability benefits ("LTD benefits") which are insured by group long-term disability policies ("LTD Policies") issued by Liberty Life Assurance Company of Boston ("Liberty Life"); and all beneficiaries of such participants.

A settlement has been preliminarily approved by the Court in a class action lawsuit brought by a participant in an ERISA plan providing LTD benefits insured by Liberty Life alleging that LTD benefits should not have been offset by the amount of benefits provided through the Department of Veterans Affairs ("VA benefits") and that communications regarding the offset were inadequate.  Liberty Life denies the allegations.  Both sides have agreed to settle the lawsuit.

Under the proposed Settlement with Liberty Life, Liberty Life **will not offset VA benefits** against LTD benefits under any current LTD Policy.  In the future, Liberty Life may change or amend its LTD Policy, but only with regulatory approval, to include explicitly VA benefits as an offset for LTD benefits.

**You received this Notice because you are a participant in an LTD Plan insured by an LTD Policy issued by Liberty Life and therefore a potential member of <u>the Settlement Class</u>. A separate <u>Settlement Subclass also exists for those</u> whose LTD benefits have been reduced by the amount of their VA benefits on or after January 1, 2008. Members of the Subclass will receive <u>a separate Notice via U.S. Mail</u> regarding the monetary benefits provided under the Settlement and their rights and options in connection therewith.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS ||
|---|---|
| **ALL MEMBERS OF THE SETTLEMENT CLASS** | **OPTION #1:  DO NOTHING.**  If you are pleased with this Settlement and you are a member of the Settlement Class, you do not need to do anything in order to benefit from Liberty Life's agreement not to offset your LTD benefits by the amount you receive in VA benefits, should you incur a LTD claim, under a LTD Plan insured by a current Liberty Life LTD Policy.  There is no monetary recovery for this class. |
| | **OPTION #2:  OBJECT/COMMENT.**  Write to the Court and explain why you do not like one or more aspects of the proposed Settlement.  You must do so by no later than December 26, 2016. |

**If you have any questions after you have read this Notice, contact Class Counsel. PLEASE DO NOT CONTACT THE COURT as it will not be able to answer your questions.**

# BASIC INFORMATION

### 1. What is this lawsuit about?

Plaintiff brought this lawsuit under the Employee Retirement Income Security Act of 1974 ("ERISA") and alleges that the terms of the LTD Policies issued by Liberty Life do not allow for an offset of the amount of VA benefits received from LTD benefits paid under an LTD Plan insured by an LTD Policy, and that the fiduciaries failed to provide proper notice about the VA benefit offset, among other claims. Liberty Life denies any liability or wrongdoing of any kind associated with the claims in this class action. Additional information about the claims and a copy of the Amended Complaint are available at www.LLACOBSettlement.com.

### 2. What has happened so far in the Litigation?

Plaintiff originally filed this lawsuit on April 14, 2014. Defendants filed motions to dismiss, which the Court granted in part and denied in part. Thereafter, Defendants filed answers to the amended complaint, in which they denied that they violated ERISA and asserted numerous defenses. During the lawsuit, Plaintiff engaged in substantial discovery (a process through which the parties exchange information) on issues related to liability and damages. As part of that process, Plaintiff's counsel sought, obtained, and reviewed thousands of pages of documents and information related to Plaintiff's claims, LTD Policies issued by Liberty Life, and participants in LTD Plans whose LTD benefits were reduced by the amount of their VA benefits.

The parties participated in two in-person mediation sessions with a professional mediator on May 15, 2015 and November 19, 2015. Plaintiff and Liberty Life negotiated a final Settlement Agreement, which was executed on August 12, 2016.

On September 27, 2016, the Court preliminarily approved the Settlement with Liberty Life and has scheduled a Final Approval Hearing to evaluate the fairness and adequacy of the Settlement.

# THE CLASS MEMBERS

### 3. What is a Class Action?

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. In a class action, one or more people file suit on behalf of others with similar claims, called Class Members. If a class is certified, the Court appoints a person, called the Class Representative, to represent and act on behalf of the class. Here the Class Representatives are Plaintiff James L. Bush and absentee class member Adam Ripka.

### 4. Who is included in the Class?

There are two settlement classes, the **Liberty Life Settlement Class** ("the **Settlement Class**" or "the **Class**") and the **Liberty Life Settlement Subclass** ("the **Settlement Subclass**" or "the **Subclass**").

The **Liberty Life Settlement Class** is defined as follows:

> All veterans who were honorably discharged from service in the United States Armed Forces and who are participants in ERISA-covered employee welfare benefit plans that provide long-term disability benefits ("LTD benefits") which are insured by group long-term disability policies ("LTD Policies") issued by Liberty Life Assurance Company of Boston ("Liberty Life"); and all beneficiaries of such participants.

The **Liberty Life Settlement Subclass** consists of Members of the Liberty Life Settlement Class whose LTD benefits were reduced or offset by the amount of VA benefits paid or payable to that Settlement Subclass Member from January 1, 2008 through the Settlement Effective Date.[1]

**If you are a member of <u>the Settlement Subclass</u> you will receive <u>a separate Notice via U.S. Mail</u> informing your additional rights and benefits.**

# THE SETTLEMENT

### 5. What does the Settlement provide and how do I participate?

Under the Settlement, Liberty Life will no longer reduce a participant's LTD benefits by the amount of VA benefits received for the same disabling condition, or seek reimbursement for any overpayment of LTD benefits resulting from a participant's receipt of VA benefits, payable under the current version of its group LTD Policies funding LTD benefits provided under ERISA-governed employee welfare benefit plans.

The Agreement does not prohibit Liberty Life from seeking regulatory approval of revised LTD policy forms that specifically identify VA benefits as other income that may apply to offset or reduce LTD benefits, and thereafter offsetting VA benefits pursuant to such approved and issued policy forms. The Agreement does provide that, if a Settlement Class Member submits a claim to Liberty Life and that claim is made prior to the approval and issuance of such revised LTD policy form, then any revised LTD policy would not apply to the claim for benefits and there would be no offset of VA benefits applied to that Settlement Class Member's claim. The Agreement also requires that, if Liberty Life begins using LTD policy forms that specifically identify VA benefits as other income that may offset or reduce LTD benefits, Liberty Life will also specifically identify VA benefits as other income that may offset LTD benefits in the document titled Certificate of Coverage that it provides to its group policyholder customers, so long as Liberty Life continues to provide a document titled Certificate of Coverage to its group policyholder customers and in a letter that Liberty Life provides about the benefits to be provided when a person is determined to be eligible for LTD benefits.

---

[1] The Settlement Effective Date is the date on which the following have happened: (a) entry of a Final Approval Order and Judgment by the Court approving the Settlement Agreement; (b) the expiration of the time for any appeal from the Court's Final Approval Order to be filed or, if there is an appeal, the full resolution of the appeal.

### 6. What do I give up as a result of the Settlement?

In exchange for the above-stated agreement by Liberty Life, the Settlement Class will release (or give up) all claims asserted in the Complaint and the Amended Complaint related to the offset of VA benefits pursuant to Liberty Life's current LTD Policies, but the release does not apply to claims based on any revised policies unless those claims are barred by collateral estoppel or *res judicata* (legal principles barring re-litigation of the same claims). The full content of the release is in the formal settlement agreement, which is available at www.LLACOBSettlement.com.

### 7. Why is there a Settlement?

The Class Representatives and Class Counsel believe that the proposed Settlement is fair, reasonable and adequate and in the best interests of the Class.

The Court has not ruled on liability or relief.  This Notice is not to be understood as an expression of opinion by the Court as to the merits of any claim or defense.  This Notice does not imply that there has been any violation of law or that the Settlement Class could prevail if the lawsuit is not settled and instead is resolved by trial or otherwise.

# OBJECTIONS

### 8. How do I tell the Court What I think about the Settlement?

Any Class Member may object to any aspect of the Settlement or attorneys' fees or expenses by filing a written objection with the Court.  To object, you must send a letter or other written statement saying that you object to the Settlement and/or the attorneys' fee award.  Include your name, address, telephone number, signature, the title of the case, *Bush v. Liberty Life Assurance Company of Boston, et al.*, No. 14-cv-1057-YGR-EDL (N.D. Cal.) and an explanation of all reasons you object to the Settlement.  Please be advised that failure to include these details may result in the Court refusing to consider your objection.  Your written objection must be postmarked no later than December 26, 2016, and mailed to:

> United States District Court for the Northern District of California
> Attn: Judge Yvonne Gonzalez Rogers; Comment on Liberty Life Settlement
> 1301 Clay Street, Suite 400S
> Oakland, CA 94612

Your objection should state the supporting bases and reasons for the objection, identify any and all witnesses, documents or other evidence you would like to present at the Final Approval Hearing, and describe the substance of any testimony provided by you or other witnesses.

**IF YOU DO NOT OBJECT IN THE MANNER DESCRIBED IN THIS NOTICE, THE COURT MAY CONCLUDE THAT YOU HAVE WAIVED ANY OBJECTION AND MAY NOT PERMIT YOU TO SPEAK AT THE FINAL APPROVAL HEARING.**

# THE FINAL APPROVAL HEARING

### 9. When and where will the Court hold the Final Approval Hearing?

The Court will hold the Final Approval Hearing in Courtroom 1 of the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California 94612 at 2:00 p.m., on February 28, 2017.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.LLACOBSettlement.com for updates.  At the hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and how much to pay Class Counsel in fees and expenses.  If there are objections or comments, the Court will consider them at the hearing.

After the hearing, the Court will decide whether to approve the Settlement, approve Class Counsel's request for fees and expenses and whether to enter Final Judgment.  We do not know how long these decisions will take.  Please be patient.

### 10.  Do I need to attend the Final Approval Hearing?

Your attendance is not required, even if you submit a written response.  Class Counsel will answer questions the Court may have at the Final Approval Hearing.  If you or your personal attorney wants to attend the hearing, you may attend at your own expense.  As long as any objection or comment you filed was postmarked before the deadline, the Court will consider it even if you do not attend the Final Approval Hearing.  You may speak at the Final Approval Hearing, so long as you are a member of the Class and have properly and timely submitted a written response as set forth above and have stated in your objection your intention to appear at the Final Approval Hearing.

### 11.  What happens if I do nothing at all?

If you do nothing and you are a member of the Settlement Class and if the Court gives final approval of the Settlement, Liberty Life will not apply your VA benefits to offset your LTD benefits should you become eligible for LTD benefits under the terms of an existing Liberty Life LTD policy.

## THE LAWYERS REPRESENTING YOU

**Who are the lawyers representing me?**

The Court has appointed the following law firms as attorneys for the Settlement Class:

| *Lead Counsel for the Settlement Classes*: | *Liaison Counsel for the Settlement Classes:* |
|---|---|
| COHEN MILSTEIN SELLERS & TOLL PLLC<br>R. Joseph Barton<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005-3934<br>Telephone:  (202) 408-4600 | ROBERTS BARTOLIC LLP<br>Michelle L. Roberts<br>1050 Marina Village Pkwy, Ste. 105<br>Alameda, CA 94501<br>Telephone: (510) 992-6130 |
| Email: msiegel@cohenmilstein.com | |

You have the right to hire your own attorney (at your own expense), but you are <u>not</u> required to hire a separate attorney.

**13.   How will Class Counsel be Paid?**

Class Counsel undertook this matter on a wholly contingent basis and have not been paid or compensated for their services or reimbursed for costs or expenses.  Liberty Life has agreed to pay up to a maximum of $425,000 to Class Counsel for attorneys' fees and expenses.  Class Counsel has agreed with the Class Representatives that this will be the maximum amount that Class Counsel will receive as attorneys' fees and expenses from Liberty Life, although the actual value of the attorneys' fees incurred in litigating this case exceeds that amount.  Liberty Life has agreed to pay up to a maximum of $425,000 to Class Counsel as attorneys' fees and expenses, subject to approval of that amount by the Court.  Whether the Settlement is approved or not, you will <u>not</u> be required to pay any attorneys' fees or other expenses or costs.

## GETTING MORE INFORMATION

**14.   How do I get more information?**

This Notice contains only a summary of the proposed Settlement with Liberty Life and your rights.  Full details of the Settlement are set forth in the Settlement Agreement which may be found at www.LLACOBSettlement.com.  You may obtain additional information regarding the matters involved in this lawsuit by reviewing the papers on file in this litigation, which may be inspected during business hours at the Office of the Clerk of Court, United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612 or may be accessed online for a fee by obtaining a password at www.uscourts.gov.

### 15. Who do I contact if I have questions?

If you have any questions about this Notice or the lawsuit, you may contact Class Counsel identified above.

**PLEASE DO <u>NOT</u> CONTACT THE COURT OR COUNSEL FOR LIBERTY LIFE.**

Dated: September 27, 2016

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA