R. Joseph Barton, CA Bar No. 212340
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699
Email:  jbarton@cohenmilstein.com

Michelle L. Roberts, CA Bar No. 239092
ROBERTS BARTOLIC LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564
Email: mroberts@robertsbartolic.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES L. BUSH | Case No: 14-cv-1507 YGR (EDL) |
| Plaintiff, | [**PROPOSED**] **ORDER GRANTING MOTION OF PLAINTIFF'S COUNSEL FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| VS. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; HYUNDAI MOTOR AMERICA. | |
| Defendants. | |

Upon consideration of the Motion of Plaintiff's Counsel for an Award of Attorneys' Fees and Costs, the Memorandum in support thereof, and all pertinent parts of the record, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

1. The request of Plaintiff's counsel for an award of $425,000.00 in attorneys' fees and expenses is approved;

2. Defendant Liberty Life will pay the above-approved attorneys' fees and expense reimbursement in the total amount of $425,000.00 in accordance with the Settlement Agreement between Plaintiff and Defendant Liberty Life Assurance Company of America (ECF NO. 154-1), within 45 days of the Settlement Effective Date, as defined in the Settlement Agreement, by a check payable as directed by Lead Settlement Class Counsel.

DONE AND ORDERED THIS 1st DAY OF March, 2017

**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**